**Order entered September 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01510-CR

**THOMAS GRADY LAYTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82182-10**

## ORDER

The Court **REINSTATES** the appeal.

On July 25, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) counsel requested an two weeks from the September 15, 2014 findings to file appellant's brief. We received appellant's brief on September 24, 2014.

We **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
          JUSTICE